**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 17, 2012.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-12-00629-CR

### IN RE ANTHONY WHITNEY NORMAN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Trial Court Cause No. 1248767**
**262nd District Court**
**Harris County, Texas**

## MEMORANDUM OPINION

On July 9, 2012, relator Anthony Whitney Norman filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains that this court has not issued a decision in his direct appeal from his murder conviction. *See Norman v. State,* No. 14-11-00433-CR.

Appellant was sentenced on May 12, 2011, and he filed a notice of appeal the same day. On October 11, 2011, appellant filed a *pro se* motion requesting that his appointed attorney be discharged and that he be permitted to represent himself on appeal. On November 29, 2011, this court abated the appeal and remanded the case to the trial

court for a hearing and findings of fact pursuant to *Martinez v. California*, 528 U.S. 152, 120 S.Ct. 684, 691-92 (2000); *see also Hadnot v. State*, 14 S.W.3d 348, 349 (Tex. App.—Houston [14th Dist.] 2000) (order); *Massingill v. State,* 14 S.W.3d 380, 381 (Tex. App.—Houston [14th Dist.] 2000) (order). The supplemental clerk's record containing the trial court's findings and the record from the hearing were filed on December 19, 2011, and December 27, 2011, respectively. On January 10, 2012, this court reinstated the appeal, ordered that appellant may proceed *pro se* on appeal, and his *pro se* brief was accepted and filed. The State filed its brief on May 17, 2012, and the cause was submitted without oral argument to a panel of justices on May 22, 2012. On June 20, 2012, this court granted appellant's request for leave to file a reply brief, and the reply brief was filed on July 9, 2012. To date, the appeal remains pending.

After this court docketed this original proceeding, we determined that relator actually seeks relief from the Texas Court of Criminal Appeals. Accordingly, we have forwarded relator's petition to that Court, and we order the original proceeding docketed in this court **DISMISSED.**

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).